

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2014

No. 04-14-00479-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF J.B.,** a
Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-2027
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file response is GRANTED. The appellant's motion for extension of time to file brief is GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court